```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

WALTER G. LENARD, #42639                                   PETITIONER

VS.                         CIVIL ACTION NO. 5:06-cv-111(DCB)(MTP)

WILLIAM MARTIN and MARGARET BINGHAM                       RESPONDENTS

## FINAL JUDGMENT

This matter having come on to be heard on the Report and Recommendation of Magistrate Judge Michael T. Parker and the petitioner's objections thereto; and after a full review of the record having entered an Order adopting the Report and Recommendation in its entirety, the Court now grants final judgment in favor of the respondents and against the petitioner in this cause.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Lenard's challenges to his underlying sentence, Grounds One and Six, are DISMISSED WITH PREJUDICE as time barred; and Lenard's challenges to his revocation, Grounds Two, Three, Four, Five and Seven, are DISMISSED WITHOUT PREJUDICE for failure to exhaust claims in state court prior to seeking federal habeas relief.

SO ORDERED AND ADJUDGED, this the  8th  day of August, 2007.


                                    s/David Bramlette
                                 UNITED STATES DISTRICT JUDGE